IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY LILY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| ALDI, INC. | : | NO. 02-CV-2784 |

## ORDER

AND NOW, this 28th day of February, 2003, upon consideration of the unopposed Motion by Jeffrey Lily Requesting an Extension of All Pre-Trial and Trial Deadlines (Doc. No. 11) and counsel having requested a settlement conference with a Magistrate Judge, it is ORDERED that Plaintiff's motion is GRANTED as follows:

1. Plaintiff's expert reports shall be exchanged no later than March 18, 2003;

2. Defendant's expert reports shall be exchanged no later than April 30, 2003;

3. Dispositive motions shall be filed no later than May 31, 003;

4. Responses to such motions shall be filed no later than June 15, 2003;

5. This case will be placed in the Court's trial pool on July 14, 2003.

Deadlines for the exchange of trial exhibits and witness lists, motions in limine and other pretrial submissions will be set by further Order of this Court.

AND IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge