IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY LILY | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-CV-2784 |
| | : | |
| ALDI, INC. | : | |

AND NOW, this 1st day of July, 2003, it is ORDERED as follows:

1. The Clerk of Court shall mark the above-captioned matter closed for statistical purposes and shall place it in the civil suspense file.

2. The Court will retain jurisdiction over the matter for 120 days from the date of this Order.

3. Counsel shall notify the Court when the binding ADR has been completed.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge