IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY LILLY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Surrick) |
| | : | |
| ALDI, INC., | : | |
| | : | |
| Defendant. | : | NO: 02CV2784 |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to

the referenced matter hereby agree to stipulate to voluntarily dismiss this case with

prejudice.

BY: _____

Gerard J. Martillotti, Esquire
Davis & Martillotti
Suite 620
Four Penn Center
Philadelphia, PA 19103
(215) 564-6262

BY: _____

Emily R. Donovan, Esquire
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(671)-946-4800