IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY LILY | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-CV-2784 |
| | : | |
| ALDI, INC. | : | |

AND NOW, this ____ day of May, 2004, the parties having executed and filed a stipulation of dismissal pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is **ORDERED** that this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge